ROQUEMORE, PRINGLE & MOORE, INC.
JULIE L. LEVERING, SBN 195862
6055 East Washington Boulevard
Suite 608
Los Angeles, CA 90040-2466
Phone No.: (323) 724-3117; Fax No: (323) 724-0423

PETER C. ANDERSON, SBN 108169
ATTORNEY AT LAW
6055 East Washington Boulevard
Suite 608
Los Angeles, CA 90040-2466
Phone No.: (323) 724-3117; Fax No: (323) 724-0423

Attorneys for Plaintiff Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>FOCUS MEDIA, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 95-3835767 | CASE NO. LA 00-38197-KM /VZ<br><br>**Chapter 7**<br><br>Adversary No. LA ~~02-0101~~0-KM<br>02-02675 |
| JOHN P. PRINGLE,<br>Chapter 7 Trustee<br><br>Plaintiff,<br><br>vs.<br><br>STUTMAN, TREISTER & GLATT, A PROFESSIONAL CORPORATION; GEOFFREY C. MOUSSEAU, an individual dba Mousseau & Associates and Law Offices of Geoffrey C. Mousseau; and, Does 1 through 100, inclusive,<br><br>Defendants. | **JUDGMENT IN FAVOR OF PLAINTIFF TRUSTEE AND AGAINST DEFENDANT GEOFFREY C. MOUSSEAU; DECLARATION OF PETER C. ANDERSON**<br><br><br><br>DATE:    NO HEARING SET<br>TIME:    NO HEARING SET<br>PLACE:   1368 |

/ / /

/ / /

/ / /

F:\WP\PCA\FOC8068\AP'S\Stutman-Mousseau\JUDGMENT.wpd    1

1       Based upon this Court's Order Granting Motion for Summary Judgment and Findings of Fact and Conclusions of Law in Support of Order Granting Motion for Summary Judgment, it is hereby,

      **ORDERED, ADJUDGED, AND DECREED**, that the Plaintiff Chapter 7 Bankruptcy Trustee recovers from Defendant Geoffrey C. Mousseau dba Mousseau & Associates and Law Offices of Geoffrey C. Mousseau, the following:

      1.    The principal sum in the amount of $350,000; And

      2.    Interest from October 27, 2000 to June 20, 2003 in the amount of $55,655.91. ~~and~~

      ~~3. Costs of suit in the amount of $_____.~~

Dated: 7/8/03      By: _____
VINCENT P. ZURZOLO, JUDGE
UNITED STATES BANKRUPTCY COURT

F:\WP\PCA\FOC8068\AP'S\Stutman-Mousseau\JUDGMENT.wpd     2

**DECLARATION OF PETER C. ANDERSON**

I, PETER C. ANDERSON, declare and state as follows:

1. I am an individual above the age of 18 years of age and I have personal knowledge of all of the facts set forth in this Declaration and I could and would competently testify thereto if so called as a witness, except where matters are stated on information and belief, in which case I am informed and believe that the facts so stated are true and correct.

2. I am an attorney licensed to practice law before all the Courts of the State of California, and before these Federal District Courts. I am presently a sole practitioner, and my employment as Counsel for the Chapter 7 Bankruptcy Trustee in this case has been approved by this Court. I am also an active member of the Panel of Bankruptcy Trustees in the Central District of California, having first been appointed as of October 15, 1992.

3. Interest on the foregoing Judgment was computed at the rate of 6.01% from October 27, 2000 up to and including June 20, 2003, at set forth on the attached page, to be $55,655.91.

I declare under penalty of perjury that the foregoing is true and correct on this 24th day of June, 2003 at Commerce, California.

PETER C. ANDERSON, Declarant

F:\WP\PCA\FOC8068\AP'S\Stutman-Mousseau\JUDGMENT.wpd

## CALCULATED INTEREST

Principal:      $350,000.00

Interest Rate:  6.01%

Period:         10/27/2000 through 06/20/2003

| | |
|---|---|
| 10/27/2000 - 10/27/2002: | 2.0 Years |
| 10/28/2002 - 05/28/2003 (7/12): | 0.58333333333 Years |
| 05/29/2003 - 06/20/2003 (23/365): | 0.06301369863 Years |
| | 2.64634703196 Years |

Equation:   $350,000.00
            x     6.01% Int.
            ---------------------------
               21,035.00
            x     2.64634703196 Years
            ===========================
            $ 55,665.9098172

**Interest Equals: $55,665.91**

```
  ··0··

350,000· x
   6·01% =
 21,035· +

 21,035· x
2·646347031 96 =
55665·9098172
```

6/23/03

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 6055 E. Washington Boulevard, Suite 608, Los Angeles, Commerce 90040-2466.

On June 2⁴, 2002, I served the foregoing document described as: **JUDGMENT IN FAVOR OF PLAINTIFF TRUSTEE AND AGAINST DEFENDANT GEOFFREY C. MOUSSEAU; DECLARATION OF PETER C. ANDERSON** enclosed in a sealed envelope, first class postage pre-paid, addressed as follows:

**STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
3699 WILSHIRE BOULEVARD
SUITE 900
LOS ANGELES, CA 90010
ATTN: STEPHAN M. RAY**

**GEOFFREY C. MOUSSEAU
MOUSSEAU & ASSOCIATES
3435 WILSHIRE BLVD
SUITE 2700
LOS ANGELES, CA 90010**

/ /  (BY FACSIMILE TRANSMISSION)  I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

/X/  (BY MAIL)  I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

/ /  (BY PERSONAL SERVICE)  I delivered such envelope by hand to the offices of the addressee(s).

/ /  (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/  (FEDERAL)  I declare under penalty of perjury that under the laws of the State of California that the above is true and correct.

Executed on June 2⁴, 2003, at Commerce, California.

MONIQUE TALAMANTE

F:\WP\PCA\FOC8068\AP'S\Stutman-Mousseau\JUDGMENT.wpd

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do not file this form as a separate document.*

| In re                | CHAPTER 7                      |
|----------------------|--------------------------------|
| FOCUS MEDIA, INC.  Debtor. | CASE NUMBER: LA 00-38197-VZ |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
JUDGMENT IN FAVOR OF PLAINTIFF TRUSTEE AND AGAINST DEFENDANT GEOFFREY C. MOUSSEAU; DECLARATION OF PETER C. ANDERSON

was entered on *(specify date)*: JUL 0 8 2003

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: JUL 0 8 2003

Dated: JUL 0 8 2003

JON D. CERETTO
Clerk of the Bankruptcy Court

By: /s/ L. Paredes
Deputy Clerk

03 JUN 24 PM 3:29   RECEIVED

Rev. 1/01   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9021-1.1**

| | |
|---|---|
| 1 | **MAILING LIST** |

```
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
3699 WILSHIRE BOULEVARD
SUITE 900
LOS ANGELES, CA 90010
ATTN: STEPHAN M. RAY

GEOFFREY C. MOUSSEAU
MOUSSEAU & ASSOCIATES
3435 WILSHIRE BLVD
SUITE 2700
LOS ANGELES, CA 90010

ROQUEMORE, PRINGLE & MOORE, INC.
JULIE L. LEVERING
6055 EAST WASHINGTON BOULEVARD
SUITE 608
LOS ANGELES, CA  90040-2466

PETER C. ANDERSON
ATTORNEY AT LAW
6055 EAST WASHINGTON BOULEVARD
SUITE 608
LOS ANGELES, CA  90040-2466
```

F:\WP\PCA\FOC8068\AP'S\Stutman-Mousseau\JUDGMENT.BK!