

```
 1  ROQUEMORE, PRINGLE & MOORE, INC.
    JULIE L. PEZHMAN, SBN 195862
 2  6055 East Washington Boulevard
    Suite 608
 3  Los Angeles, CA  90040-2466
    Phone No.: (323) 724-3117; Fax No.: (323) 724-0423
 4
    PETER C. ANDERSON, SBN 108169
 5  ATTORNEY AT LAW
    6055 East Washington Boulevard
 6  Suite 608
    Los Angeles, CA  90040-2466
 7  Phone No.: (323) 724-3117; Fax No.: (323) 724-0423

 8  Attorneys for Plaintiff Trustee
```

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| In re: | CASE NO. LA 00-38197-VZ |
|---|---|
| FOCUS MEDIA, INC., | **Chapter 7** |
| Debtor. | ADV NO. AD 02-02675-VZ |
| Tax I.D. No. 95-3835767 | |
| JOHN P. PRINGLE, Chapter 7 Trustee | **ORDER GRANTING IN PART AND DENYING IN PART APPLICATION OF STUTMAN, TREISTER & GLATT FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES** |
| Plaintiff, | |
| vs. | |
| STUTMAN, TREISTER & GLATT, A PROFESSIONAL CORPORATION; GEOFFREY C. MOUSSEAU, an individual dba Mousseau & Associates and Law Offices of Geoffrey C. Mousseau; and, Does 1 through 100, inclusive, | DATE:  August 5, 2003<br>TIME:  11:00 a.m.<br>CTRM:  1368 |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

F:\Wp\PCA\FOC8068\AP'S\Stutman-Mousseau\Stutman.fee.app.ord#2.wpd  1

1  On Tuesday, August 5, 2003 at 11:00 a.m., or as soon
2  thereafter as the matter could be heard, the continued hearing took
3  place on the Application of Stutman, Treister & Glatt Professional
4  Corporation for compensation for services rendered and reimbursement
5  of expenses, before the Honorable Vincent P. Zurzolo, United States
6  Bankruptcy Judge, at Bankruptcy Courtroom 1368, located at the
7  Thirteenth Floor of the Edward R. Roybal Federal Building, at 255 East
8  Temple Street in Los Angeles, California.  Theodore P. Stolman of
9  Stutman, Treister & Glatt Professional Corporation, appeared on behalf
10 of the Firm.  Peter C. Anderson appeared as Counsel for the Plaintiff
11 Chapter 7 Trustee, John P. Pringle.  In addition, Julie L. Pezhman of
12 Roequmore, Pringle & Moore, Inc., appeared on behalf of the Chapter 7
13 Trustee. Mitchell J. Langberg of Stroock & Stroock & Lavan, LLP,
14 appeared on behalf of Sears, Roebuck & Co.  Bruce A. Wessel of Irell
15 & Manella, LLP, appeared on behalf of Petitioning Creditors.  No other
16 persons or parties appeared.

17 Based on the record before the Court, including the
18 Application of Stutman, Treister & Glatt Professional Corporation, the
19 Objections thereto filed by the Chapter 7 Trustee, the Petitioning
20 Creditors, and Sears, Roebuck & Co., the Supplemental and Reply
21 Pleadings filed by Stutman, Treister & Glatt Professional Corporation,
22 the Supplemental Objections filed by the Chapter 7 Trustee, the
23 Petitioning Creditors, and Sears, Roebuck & Co., the arguments of
24 Counsel at the time of the original and continued hearings, the
25 findings of fact and conclusions of law stated by the Court on the
26 record at the time of the hearing, and other good cause therefor, it
27 is hereby,
28 / / /

1       **ORDERED**, that the Application of Stutman, Treister & Glatt
2 Professional Corporation for compensation for service rendered and
3 reimbursement of expenses, is granted in part and denied in part; and,
4 it is hereby,

5       **FURTHER ORDERED**, that pursuant to said Application, Stutman,
6 Treister & Glatt Professional Corporation is awarded fees in the
7 amount $100,000; and, it is hereby,

8       **FURTHER ORDERED**, that the balance of the fee request by
9 Stutman, Treister & Glatt Professional Corporation, is denied; and, it
10 is hereby,

11       **FURTHER ORDERED**, that Stutman, Treister & Glatt
12 Professional Corporation shall pay to the Chapter 7 Trustee $150,000
13 on or before August 22, 2003; and, it is hereby,

14       **FURTHER ORDERED**, that pursuant to agreement of the Parties,
15 the Trustee shall hold said $150,000 in a separate interest bearing
16 account for thirty (30) days after August 22, 2003 or pending the
17 hearing on the Motion of Stutman, Treister & Glatt Professional
18 Corporation to amend or vacate the Court's decision herein, whichever
19 time is longer, but in no event during the pendency of any appeal.

20 DATED: 8/22/03            By: _____
21                             VINCENT P. ZURZOLO, JUDGE
22                             UNITED STATES BANKRUPTCY COURT

23 APPROVED AS TO FORM ONLY:
24 PETER C. ANDERSON, ATTORNEY AT LAW
25
26 By: _____
27     PETER C. ANDERSON, Attorneys
     Chapter 7 Trustee
28

F:\Wp\PCA\FOC8068\AP'S\Stutman-Mousseau\Stutman.fee.app.ord#2.wpd   3

1  APPROVED AS TO FORM ONLY:

2  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
3

4  By: _____
5      THEODORE B. STUTMAN

6  IRELL & MANELLA, LLP
7

8  By: _____
9      BRUCE A. WESSEL, Attorneys
       for Petitioning Creditors
10

11 STROOCK & STROOCK & LAVAN, LLP
12

13 By: _____
       MITCHELL J. LANGBERG, Attorneys
14     for Sears, Roebuck & Co.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

F:\WP\PCA\FOC8068\AP'S\Stutman-Mousseau\Stutman.fee.app.Ordr2.vpd

```
 1  APPROVED AS TO FORM ONLY:

 2  STUTMAN, TREISTER & GLATT
    PROFESSIONAL CORPORATION
 3

 4
    By:_____
 5       THEODORE B. STOLMAN

 6
    IRELL & MANELLA, LLP
 7

 8
    By:_____
 9       BRUCE A. WESSEL, Attorneys
         for Petitioning Creditors
10

11  STOOCK & STROOCK & LAVAN, LLP

12

13  By:_____
         MITCHELL J. LANGBERG, Attorneys
14       for Sears, Roebuck & Co.
```

1  APPROVED AS TO FORM ONLY:

2  STUTMAN, TREISTER & GLATT
   PROFESSIONAL CORPORATION
3

4
   By: _____
5       THEODORE B. STOLMAN

6
   IRELL & MANELLA, LLP
7

8
   By: _____
9       BRUCE A. WESSEL, Attorneys
       for Petitioning Creditors
10

11 STOOCK & STROOCK & LAVAN, LLP

12

13 By: _____
       MITCHELL J. LANGBERG, Attorneys
14     for Sears, Roebuck & Co.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California I am over the age of 18 and not a party to this action. My business address is 6055 E. Washington Boulevard, Suite 608, Los Angeles, California 90040-2466.

On August 19, 2003, I served the foregoing document described as: **ORDER GRANTING IN PART AND DENYING IN PART APPLICATION OF STUTMAN, TREISTER & GLATT FOR COMPENSATION, FOR SERVICES RENDERED, AND REIMBURSEMENT OF EXPENSES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**[SEE ATTACHED MAILING LIST]**

/ /   (BY FACSIMILE TRANSMISSION)  I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

/X/   (BY MAIL)  I placed the envelope for collection and mailing on the date shown above, at this office, in Los Angeles, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

/ /   (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

/ /   (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/X/   (FEDERAL)  I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 19, 2003, at Los Angeles, California.

MONIQUE TALAMANTE

F:\Wp\PCA\FOC8068\AP'S\Stutman-Mousseau\Stutman.fee.app.ord#2.wpd          5

**MAILING LIST**

**DEBTOR**
FOCUS MEDIA
C/O THOMAS SULLIVAN
4428 REGENTS DRIVE
WESTLAKE VILLAGE, CA 91361

**DEBTOR'S COUNSEL**
NANETTE D. SANDERS
SNELL & WILMER, LLP
1920 MAIN STREET
SUITE 1200
IRVINE, CA 92614

THEODORE B. STOLMAN
STUTMAN, TREISTER & GLATT
3699 WILSHIRE BOULEVARD
SUITE 900
LOS ANGELES, CA 90010

GEOFFREY C. MOUSSEAU
MOUSSEAU & ASSOCIATES
3435 WILSHIRE BLVD., STE. 2700
LOS ANGELES, CA 90010

**ATTORNEYS FOR PETITIONING CREDITORS**
BRUCE A. WESSEL
IRELL & MANELLA, LLP
1800 AVE OF THE STARS, 9TH FLOOR
LOS ANGELES, CA 90067

**ATTORNEYS FOR SEARS**
MITCHELL LANGBERG
STROOCK & STROOCK & LAVAN, LLP
2029 CENTURY PARK EAST
SUITE 1800
LOS ANGELES, CA 90067

**SPECIAL COUNSEL FOR THOMAS E. RUBIN**
CATHRINE M. CASTALDI
RUS, MILIBAND & SMITH
2600 MICHELSON DRIVE
SEVENTH FLOOR
IRVINE, CA 92612

F:\Wp\PCA\FOC8068\AP'S\Stutman-Mousseau\Stutman.fee.app.ord#2.wpd    6

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>FOCUS MEDIA, INC.,<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER: LA 00-38197-VZ |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER GRANTING IN PART AND DENYING IN PART APPLICATION OF STUTMAN, TREISTER & GLATT FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

   was entered on *(specify date)*: AUG 22 2003

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): AUG 22 2003

Dated: AUG 22 2003

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

7

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   F 9021-1.1

**MAILING LIST**

**DEBTOR**
FOCUS MEDIA
C/O THOMAS SULLIVAN
4428 REGENTS DRIVE
WESTLAKE VILLAGE, CA 91361

PETER C. ANDERSON
ATTORNEY AT LAW
6055 EAST WASHINGTON BOULEVARD
SUITE 608
LOS ANGELES, CA  90040-2466

**DEBTOR'S COUNSEL**
NANETTE D. SANDERS
SNELL & WILMER, LLP
1920 MAIN STREET
SUITE 1200
IRVINE, CA 92614

THEODORE B. STOLMAN
STUTMAN, TREISTER & GLATT
3699 WILSHIRE BOULEVARD
SUITE 900
LOS ANGELES, CA 90010

GEOFFREY C. MOUSSEAU
MOUSSEAU & ASSOCIATES
3435 WILSHIRE BLVD., STE. 2700
LOS ANGELES, CA 90010

**ATTORNEYS FOR PETITIONING CREDITORS**
BRUCE A. WESSEL
IRELL & MANELLA, LLP
1800 AVE OF THE STARS, 9TH FLOOR
LOS ANGELES, CA 90067

**ATTORNEYS FOR SEARS**
MITCHELL LANGBERG
STROOCK & STROOCK & LAVAN, LLP
2029 CENTURY PARK EAST
SUITE 1800
LOS ANGELES, CA 90067

**SPECIAL COUNSEL FOR THOMAS E. RUBIN**
CATHRINE M. CASTALDI
RUS, MILIBAND & SMITH
2600 MICHELSON DRIVE
SEVENTH FLOOR
IRVINE, CA 92612

ROQUEMORE, PRINGLE & MOORE, INC.
JULIE L. PEZHMAN
6055 EAST WASHINGTON BOULEVARD
SUITE 608
LOS ANGELES, CA  90040-2466

F:\WP\PCA\FOC8068\AP'S\Stutman-Mousseau\Stutman.fee.app.2d#2.wpd